# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Sault St. Marie Tribe of Chippewa Indians

v.

Debra A Haaland, et al.

**Case No:** 23-5076

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ● Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

MGM Grand Detroit, LLC

Detroit Entertainment, LLC

Greektown Casino, LLC

### Counsel Information

Lead Counsel: Ian Heath Gershengorn

Direct Phone: ( 202 ) 639-6869    Fax: ( 202 ) 639-6066    Email: igershengorn@jenner.com

2nd Counsel: Mary E. Marshall

Direct Phone: ( 202 ) 637-6360    Fax: ( 202 ) 639-6066    Email: MMarshall@jenner.com

3rd Counsel:

Direct Phone: (____) ____-____    Fax: (____) ____-____    Email:

Firm Name:

Firm Address:

Firm Phone: (____) ____-____    Fax: (____) ____-____    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)