# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5076**  **September Term, 2023**

1:18-cv-02035-TNM

Filed On: December 5, 2023 [2029975]

Sault Ste. Marie Tribe of Chippewa Indians,

    Appellant

  v.

Debra A. Haaland, Secretary, United States Department of the Interior, et al.,

    Appellees

## O R D E R

Upon consideration of federal appellees' unopposed motion for a 30-day extension of time to file the answering briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Brief for Federal Appellees | January 10, 2024 |
| Brief(s) for Non-Federal Appellees | January 10, 2024 |
| Appellant's Reply Brief | March 4, 2024 |
| Deferred Appendix | March 11, 2024 |
| Final Briefs | March 18, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk